**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| ABDUR RAHIM PETERS,<br>　　Petitioner,<br><br>vs.<br><br>WARDEN, ROSS CORRECTIONAL<br>INSTITUTION,<br>　　Respondent. | Case No. 1:16-cv-1159<br><br>Judge Timothy S. Black<br><br>Magistrate Judge Michael R. Merz |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 9) and**
**TERMINATING THIS CASE IN THIS COURT**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on January 12, 2018, submitted a Report and Recommendation. (Doc. 9). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon considering the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 9) is **ADOPTED**;

2. The Petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice;

3. A certificate of appealability is **DENIED**;

4. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order would not be taken in good faith, and Petitioner is **DENIED** leave to appeal *in forma pauperis*; and

5. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 7/31/18

Timothy S. Black
United States District Judge